# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25MJ2255-AHG/25CR1952-TWR |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AS TO YUVI BELEN MARRON BARRIOS (1) ONLY** |
| Yuvi Belen MARRON Barrios (1), | |
| Edward HIGADERA (2), | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Counts 1-4 of the Information against Yuvi Belen MARRON Barrios only, are dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 30, 2025

_____
HONORABLE ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE